IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY WOODS, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:09-CV-05-WKW |
| MS. MITCHELL, *et al.*, | ) |
| Defendants. | ) |

**ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 7), and upon an independent review of the file in this case, it is ORDERED that the Recommendation is adopted, and that Plaintiff's action is DISMISSED.

An appropriate judgment will be entered.

Done this 14th day of May, 2009.

                       /s/ W. Keith Watkins
                       UNITED STATES DISTRICT JUDGE